**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>WILLIAM SPENCER HART,<br>Defendant | Case No.: 2:01-cr-00244-RLH-LRL-2<br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on August 19, 2002 (ECF 27). Upon further review of this matter, the specifics needed to complete the order of restitution were not made part of the Judgement. The Court thus finds good cause exists to clarify the Judgment and to modify the restitution order. Therefore, good cause appearing,

IT IS ORDERED that the defendant shall make restitution to the following payee listed below:

**Name of Payee:** U.S. BANK

**Restitution Amount:** $67,271.63

**Total Amount of Restitution ordered: $67,271.63***

**The total restitution amount does not include any payments receipted by the court.*

DATED this 29th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE